# United States District Court
# Central District of California

| | |
|---|---|
| AIMEE VASQUEZ; ANN MARIE MERCER; JENNIFER PRISCARO; DEEDRA TOUSCHNER,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LANCASTER; DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:15-CV-08440-ODW(JEM)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///

1 In light of the Notice of Settlement (ECF No. 48), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by February 6, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. Additionally, all four summary judgment motions currently pending are **DISMISSED AS MOOT**. (ECF Nos. 28, 29, 43, 44.) The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 21, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**